[No. 12907-8-II. Division Two. June 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL JEFFREY NICHOLSON, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88-1-00538-6, Alan R. Hallowell, J., entered March 2, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Shields, J., Thompson, J., dissenting.

[No. 12957-4-II. Division Two. June 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. BRENDA RENEE COFFMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88-1-00568-8, Milton R. Cox, J., entered June 8, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Thompson and Shields, JJ.

[No. 12313-4-II. Division Two. June 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TROY JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-1-02954-1, J. Kelley Arnold, J., entered September 6, 1988. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Shields, J.